**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1926**

---

In Re: IDA M. JACKSON,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CA-01-96-S)

---

Submitted:  September 20, 2001     Decided:  September 26, 2001

---

Before LUTTIG, KING, and GREGORY, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Ida M. Jackson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ida Jackson petitions this court for a writ of mandamus to compel the filing of notices of appeal she submitted in May 2001 in Jackson v. Metwest Mortgage Servs., Inc., No. S-01-96 (D. Md.). Review of the pertinent docket sheets demonstrates that the district court accepted for filing Jackson's notices of appeal on May 3 and May 17, 2001, the appeals were docketed in this court as case no. 01-1663, and, following notice sent to the address provided by Jackson in her notices of appeal, were dismissed pursuant to Fed. R. App. P. 45 on August 2, 2001.[*] Hence, Jackson's petition for mandamus relief is moot. Accordingly, although we grant leave to proceed in forma pauperis, we deny Jackson's petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] While we note a discrepancy between the address Jackson provided the court in her notices of appeal and the address she provided in her mandamus petition, which may explain her failure to properly pursue her appeal, the burden is on Jackson to keep the court apprised of any change in her address. While Jackson could file a motion to reopen her appeal, we express no opinion as to whether such motion would be granted.

2